**Duane GLASS, Petitioner,**

v.

**STATE of Missouri, Respondent.**

No. 65091.

Missouri Court of Appeals,
Eastern District,
Division One.

April 19, 1994.

Motion for Rehearing and/or Transfer to
Supreme Court Denied June 6, 1994.

Duane Glass, pro se.

Rachel A. Smith, Asst. Circuit Atty., St. Louis, for respondent.

Before CRANDALL, P.J., and
REINHARD and CRIST, JJ.

ORDER

PER CURIAM.

Petitioner, Duane Glass, appeals from the trial court's dismissal of his petition for expungement of a record of arrest.

No error of law appears. An opinion would have no precedential value. The judgment of the trial court is affirmed. Rule 84.16(b).